1   LATHAM & WATKINS LLP
    Michael H. Rubin  (CA Bar No. 214636)
2       *michael.rubin@lw.com*
    Melanie M. Blunschi (CA Bar No. 234264)
3       *melanie.blunschi@lw.com*
    505 Montgomery Street, Suite 2000
4   San Francisco, California 94111-6538
    Telephone:  +1.415.391.0600
5   Facsimile:  +1.415.395.8095

6

7   Attorneys for Defendant *Accellion Inc.*

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  CHRISTINA PRICE, individually and on        Case No.: 5:21-cv-01430-VKD
    behalf of herself and all other persons
13  similarly situated,                         **NOTICE OF APPEARANCE OF
                                                MELANIE M. BLUNSCHI**
14
                      Plaintiff,
15
            v.                                  Hon:  Magistrate Judge Virginia K. DeMarchi
16
    ACCELLION, INC.,
17
                      Defendant.
18

19

20

21

22

23

24

25

26

27

28

1          TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

2          PLEASE TAKE NOTICE that Melanie M. Blunschi of LATHAM & WATKINS LLP

3  hereby enters her appearance in the above-captioned matter as counsel for Defendant Accellion,

4  Inc.  ("Accellion").  She respectfully requests that all pleadings, notices, orders, correspondence

5  and other papers in connection with this action be served upon her at the following address:

6                         Melanie M. Blunschi
                           LATHAM & WATKINS LLP

7                         505 Montgomery Street, Suite 2000
                         San Francisco, California  94111-6538

8                         Telephone:  (415) 391-0600
                         Facsimile:  (415) 395-8095

9                         Email: melanie.blunschi@lw.com

10

11

12  DATED:  March 4, 2021             LATHAM & WATKINS LLP

13                        */s/ Melanie M. Blunschi*
                         Melanie M.. Blunschi (CA Bar No. 234264)

14                         *melanie.blunschi@lw.com*
                         505 Montgomery Street, Suite 2000

15                         San Francisco, California 94111-6538
                         Telephone:  +1.415.391.0600

16                         Facsimile:  +1.415.395.8095

17

18                         Attorney for Defendant *Accellion, Inc.*

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
Case No.: 5:21-cv-01430-VKD